IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41088
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RAYMOND JAMES MOODY,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. C-00-CR-191-1
- - - - - - - - - -
June 29, 2001

Before HIGGINBOTHAM, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Raymond James Moody appeals his conviction for possession with intent to distribute more than 100 kilograms of marijuana. He contests the jury's determination concerning the knowledge element of the crime. Our review of the record and the arguments and authorities convinces us that no reversible error was committed. Viewing the evidence in the light most favorable to the Government and taking all reasonable inferences therefrom, a reasonable jury could conclude beyond a reasonable doubt that

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Moody knew the trailer contained the marijuana.  See United States v. Garcia-Flores, 246 F.3d 451, 454 (5th Cir. 2001).

AFFIRMED.